## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **LAWRENCE JORDAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.** |
| | ) | **1:16-cv-02152-MHC** |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE AN OUT OF TIME ANSWER OR FOR LEAVE TO SET ASIDE DEFAULT

For the reasons stated in the accompanying memorandum of law, should this Court view Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") answer as untimely or view Wells Fargo as being in default, Wells Fargo respectfully requests leave to file an out of time answer or set aside default, pursuant to Fed. R. Civ. P. 55(c).

[Signature on the following page]

Respectfully submitted this 26th day of August, 2016.

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Erin M. Moore*
Nancy H. Baughan
Georgia Bar No. 042575
Erin M. Moore
Georgia Bar No. 590819

303 Peachtree Street, NE
Suite 3600
Atlanta, Georgia  30308
Telephone:  404-523-5300
Facsimile:  404-522-8409
E-mail: nbaughan@phrd.com
E-mail: emoore@phrd.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day filed a copy of the within and foregoing

**MOTION FOR LEAVE TO FILE AN OUT OF TIME ANSWER OR FOR**

**LEAVE TO SET ASIDE DEFAULT** with the Clerk of Court using the CM/ECF

system, which automatically sent e-mail notification of such filing to the following

attorney of record, who is a registered participant in the Court's electronic notice and

filing system:

Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, Connecticut 06897
slemberg@lemberglaw.com

This 26th day of August, 2016.

*/s/ Erin M. Moore*
Erin M. Moore

4545009_1