IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAWRENCE JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:16-cv-02152-MHC |
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AN OUT OF TIME ANSWER OR FOR LEAVE TO SET ASIDE DEFAULT**

Plaintiff Lawrence Jordan ("Plaintiff") filed his Complaint (the "Complaint") on June 22, 2016 and sent a request for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") to waive service of a summons on June 30, 2016.  Lead counsel for Defendant, Severson & Werson,[1] returned a waiver of the service of summons to Plaintiff's counsel on July 25, 2016.  *See* Dkt. No. 6.  Based on the waiver of service, Wells Fargo's deadline to plead in response to Plaintiff's Complaint is August 29, 2016.  Fed. R. Civ. P. 12(a)(1)(A)(ii).

---

[1] *Pro hac vice* applications are forthcoming for Rebecca Saelao and Genevieve Walser-Jolly in this matter.

Despite having received Wells Fargo's waiver of service, Plaintiff filed a Proof of Service [Dkt. #5] and the CM/ECF system calculated the deadline for Wells Fargo's response to the Complaint as August 12, 2016. Given the execution of the waiver of service, Wells Fargo believes that its answer [Dkt. # 7] has been timely filed. In an abundance of caution, however, Wells Fargo requests the Court to grant it leave to file an out of time answer or, alternatively, to open default. Wells Fargo need only show good cause to set aside default or to file an answer out of time. *See Perez v. Wells Fargo N.A.*, 774 F.3d 1329, 1337–38 (11th Cir. 2014). Wells Fargo respectfully submits that good cause exists here because, in calculating its response date to Plaintiff's Complaint, Wells Fargo was operating under the waiver of service deadline of August 29, 2016. To the extent Plaintiff's counsel was operating on a different assumption, that information was never shared with counsel for Wells Fargo, nor did Plaintiff's counsel file the Proof of Service until four days after the deadline to respond to the Complaint as calculated by the CM/ECF system. *See* Dkt. #5. Thus, to the extent Wells Fargo is viewed as being in default or its answer considered untimely, Wells Fargo respectfully requests that any such default be set aside or that it be granted leave to file an answer out of time because it was operating under the waiver of service deadline of August 29, 2016.

Respectfully submitted this 26th day of August, 2016.

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Erin M. Moore*
Nancy H. Baughan
Georgia Bar No. 042575
Erin M. Moore
Georgia Bar No. 590819

303 Peachtree Street, NE
Suite 3600
Atlanta, Georgia  30308
Telephone:  404-523-5300
Facsimile:  404-522-8409
E-mail: nbaughan@phrd.com
E-mail: emoore@phrd.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF COMPLIANCE

In compliance with N.D. Ga. R. 7.1D, I certify that the foregoing **MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AN OUT OF TIME ANSWER OR FOR LEAVE TO SET ASIDE DEFAULT** has been prepared in conformity with N.D. Ga. R. 5.1. This memorandum was prepared with Times New Roman (14 point) type, with a top margin of one and one-half (1 ½) inches and a left margin of one (1) inch. This memorandum is proportionately spaced, and is no longer than 25 pages.

                                               */s/ Erin M. Moore*
                                               Erin M. Moore

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a copy of the within and foregoing **MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AN OUT OF TIME ANSWER OR FOR LEAVE TO SET ASIDE DEFAULT** with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notification of such filing to the following attorney of record, who is a registered participant in the Court's electronic notice and filing system:

Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, Connecticut 06897
slemberg@lemberglaw.com

This 26th day of August, 2016.

*/s/ Erin M. Moore*
Erin M. Moore

4544918_1