IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAWRENCE JORDAN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:16-cv-02152-MHC |
| WELLS FARGO BANK, N.A., | ) |
| Defendant. | ) |

**CONSENT ORDER DENYING AS MOOT
WELLS FARGO BANK, N.A.'S MOTION FOR LEAVE TO FILE AN OUT
OF TIME ANSWER OR FOR LEAVE TO SET ASIDE DEFAULT**

This matter comes before the Court upon Wells Fargo's Motion for Leave to File an Out of Time Answer or For Leave to Set Aside Default (Dkt. No. 8). Plaintiff Lawrence Jordan ("Plaintiff") and Wells Fargo Bank, N.A. ("Wells Fargo") agree that, based on the waiver of the service of summons (Dkt. No. 6), Wells Fargo's answer was due on August 29, 2016 and that Wells Fargo's Answer (Dkt. No. 7) was timely filed on August 26, 2016.

IT IS HEREBY ORDERED that Wells Fargo's Answer (Dkt. No. 7) was timely filed on August 26, 2016 and Wells Fargo is not in default. Accordingly, the Court DENIES AS MOOT Wells Fargo's Motion for Leave to File an Out of Time Answer or For Leave to Set Aside Default (Dkt. No. 8).

IT IS SO ORDERED, this 6th day of September, 2016.

Judge Mark H. Cohen
United States District Judge
Northern District of Georgia
Atlanta Division

Consented to by:
**LEMBERG LAW, LLC**

/s/ *Sergei Lemberg*
Sergei Lemberg, Esq.
Georgia Bar No. 598666

43 Danbury Road
Wilton, Connecticut 06897
Telephone: 203-653-2250 ext. 5500
Facsimile: 203-653-3424
E-mail: slemberg@lemberglaw.com

*Counsel for Plaintiff Lawrence Jordan*

**PARKER, HUDSON, RAINER & DOBBS LLP**

/s/ *Erin M. Moore*
Nancy H. Baughan
Georgia Bar No. 042575
Erin M. Moore
Georgia Bar No. 590819

303 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30308
Telephone: 404-523-5300
Facsimile: 404-522-8409
E-mail:   nbaughan@phrd.com
          emoore@phrd.com

*Counsel for Defendant Wells Fargo Bank, N.A.*