## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **LAWRENCE JORDAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.** |
| | ) | **1:16-cv-02152-MHC** |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), submits the following Certificate of Interested Persons and Corporate Disclosure Statement, pursuant to N.D. Ga. R. 3.3:

1.     The undersigned Counsel of Record certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff:**      Lawrence Jordan

**Defendant:**      Wells Fargo Bank, N.A., is a wholly-owned subsidiary of Wells Fargo & Company, a publicly-traded company. Berkshire Hathaway Inc. is a publicly held corporation that owns 10% or more of Wells Fargo & Company's stock.

2.      The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

NONE

3.      The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff:**

Sergei Lemberg,           Lemberg Law, LLC

**For Defendant:**

Nancy H. Baughan        Parker, Hudson, Rainer & Dobbs LLP
Erin M. Moore              Parker, Hudson, Rainer & Dobbs LLP

[Signature on the following page]

Respectfully submitted this 12th day of September, 2016.

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Erin M. Moore*
Nancy H. Baughan
Georgia Bar No. 042575
Erin M. Moore
Georgia Bar No. 590819

303 Peachtree Street, NE
Suite 3600
Atlanta, Georgia  30308
Telephone:  404-523-5300
Facsimile:  404-522-8409
E-mail: nbaughan@phrd.com
E-mail: emoore@phrd.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day filed a copy of the within and foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notification of such filing to the following attorney of record, who is a registered participant in the Court's electronic notice and filing system:

Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, Connecticut 06897
slemberg@lemberglaw.com

This 12th day of September, 2016.

*/s/ Erin M. Moore*
Erin M. Moore

4213688_1