UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Lawrence Jordan, | : Civil Action No.: 1:16-cv-02152-MHC |
| Plaintiff, | : |
| v. | : |
| Wells Fargo Bank, N.A., | : |
| Defendant. | : |

**PLAINTIFF'S INITIAL DISCLOSURES**

Plaintiff, Lawrence Jordan, by and through counsel, hereby submits his Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.1 as follows:

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including Plaintiff's contentions as to what Defendant did or failed to do, and a succinct statement of the legal issues in the case.

**RESPONSE:** Plaintiff seeks redress for Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA"), arising from automated calls made to Plaintiff's cellular telephone number without his consent.

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which Plaintiff contends are applicable to this action.

**RESPONSE:** The TCPA is applicable to this action.

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:**

    a. Plaintiff, Lawrence Jordan. Plaintiff may be contacted through his counsel. Plaintiff will testify as to the allegations in his Complaint and his damages.

    b. A representative of Defendant. This person is expected to testify as to the facts and circumstances underlying Plaintiff's claims against Defendant.

Plaintiff respectfully reserves the right to supplement this response as appropriate.

(4)     Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.  For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.

**RESPONSE:** Plaintiff has not identified an expert witness at this early stage of litigation.  Plaintiff respectfully reserves the right to supplement this response, as appropriate.

(5)     Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:** Plaintiff has the following documents: screenshots of calls from Defendant.  Plaintiff respectfully reserves the right to supplement this response, as appropriate.

(6)     In the space provided below, provide a computation of any category of damages claims by you.  In addition, include a copy of, or describe category and

location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34.

**RESPONSE:** Plaintiff seeks all available damages pursuant to the TCPA. In support, Plaintiff has the following documents: screenshots of calls from Defendant. Plaintiff respectfully reserves the right to supplement this response, as appropriate.

(7)     Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:** N/A.

(8)     Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in Plaintiff's cause of action and state the basis and extent of such interest.

**RESPONSE:** N/A.

Dated: October 10, 2016

                                  Respectfully submitted,

                                  By: /s/ Sergei Lemberg, Esq.
                                  Georgia Bar No.: 598666
                                  Attorney for Plaintiff Lawrence Jordan
                                  LEMBERG LAW, L.L.C.
                                  43 Danbury Road, 3rd Floor
                                  Wilton, CT 06897
                                  Telephone: (203) 653-2250
                                  Facsimile:  (203) 653-3424
                                  Email: slemberg@lemberglaw.com

- 6 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2016, I electronically filed Plaintiff's Initial Disclosures with the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing was mailed to the parties listed below:

Erin M. Moore, Esq.
Nancy H. Baughan, Esq.
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308

/s/ Sergei Lemberg
Sergei Lemberg, Esq.