## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LAWRENCE JORDON,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:16-cv-02152-MHC |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Julie A. Wood of Parker, Hudson, Rainer & Dobbs, LLP and hereby enters her appearance as counsel of record on behalf of Wells Fargo Bank, N.A. ("Defendant") and hereby requests that she be copied on all correspondence and pleadings in the above-captioned matter. Nancy H. Baughan and Erin M. Moore of Parker, Hudson, Rainer & Dobbs LLP, and Genevieve R. Walser-Jolly of Severson & Werson will also continue to represent Defendant in this matter.

[Signature on the following page]

Respectfully submitted this 30th day of May, 2017.

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Julie A. Wood*
Nancy H. Baughan
Georgia Bar No. 042575
Erin M. Moore
Georgia Bar No. 590819
Julie A. Wood
Georgia Bar No. 023749

303 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30308
Telephone: 404-523-5300
Facsimile: 404-522-8409
E-mail:   nbaughan@phrd.com
          emoore@phrd.com
          jwood@phrd.com

**SEVERSON & WERSON**
Genevieve R. Walser-Jolly
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118
grw@severson.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to the Clerk of Court using the CM/ECF system which automatically sent e-mail notification of such filing to the following attorney of record, who is a registered participant in the Court's electronic notice and filing system:

>Sergei Lemberg, Esq.
>Lemberg Law, L.L.C.
>43 Danbury Road
>Wilton, CT 06897
>slemberg@lemberglaw.com

This 30th day of May, 2017.

>*/s/ Julie A. Wood*
>Julie A. Wood

4938885_1