UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Lawrence Jordan, | : |
| Plaintiff, | : Civil Action No. 1:16-cv-02152-MHC |
| v. | : |
| Wells Fargo Bank, N.A., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 6, 2017

                                              Respectfully submitted,

                                              By: */s/ Sergei Lemberg, Esq.*
                                              Attorney Bar No. 598666
                                              Attorney for Plaintiff Lawrence Jordan
                                              LEMBERG LAW, LLC
                                              43 Danbury Road, 3rd Floor
                                              Wilton, CT 06897

Telephone: (203) 653-2250 ext. 5500
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing (ECF) system and that the document is available on the ECF system.

>*/s/ Sergei Lemberg*
>Sergei Lemberg, Esq.